# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3102

_____

In re: Joseph A. May,                          *
                                               *
            Debtor,                            *
                                               *
----------------------------------             *
                                               *   Appeal from the United States
Joseph A. May,                                 *   Bankruptcy Appellate Panel
                                               *   For the Eighth Circuit.
            Appellant,                         *
                                               *      **[UNPUBLISHED]**
       v.                                      *
                                               *
United States of America; Missouri             *
Department of Revenue,                         *
                                               *
            Appellees.                         *

_____

Submitted: March 7, 2001
Filed: March 12, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

After filing a petition seeking chapter 7 bankruptcy relief, Joseph A. May filed this adversary proceeding seeking a declaration that his tax liabilities to the United States and to the Missouri Department of Revenue are dischargeable. The Bankruptcy

Court[1] dismissed the Missouri Department on the ground of Eleventh Amendment immunity from suit and granted summary judgment in favor of the United States for most of the tax years in question. The Eighth Circuit Bankruptcy Appellate Panel affirmed. May appeals the dismissal of the Missouri Department and the grant of summary judgment to the United States for tax years 1990, 1991, 1992, and 1993.

Regarding the dismissal of the Missouri Department, we agree that it has not yet filed a proof of claim in the chapter 7 proceeding and therefore is entitled to Eleventh Amendment immunity at the present time. However, May will no doubt be entitled to raise the dischargeability question if and when the Missouri Department files a claim in the federal bankruptcy proceeding, or seeks to enforce the alleged tax liabilities in state court. Therefore, we modify the dismissal of the Missouri Department to be without prejudice.

We affirm the grant of summary judgment in favor of the United States for the reasons stated in the Bankruptcy Court and Bankruptcy Appellate Panel opinions. See 8th Cir. R. 47B. We grant the United States' motion to strike documents in May's addendum that are not part of the Bankruptcy Court record. See Dakota Indus., Inc. v. Dakota Sportswear, Inc., 988 F.2d 61, 63 (8th Cir. 1993).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE FRANK W. KOGER, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.